11 WEST 42ND STREET
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

TL@TISDALE-LAW.COM

WWW.TISDALE-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2008

January 24, 2008

*Via Overnight Courier*
Honorable Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007-1312

RECEIVED

JAN 2 8 2008

CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

**Re:   Setsea SPA v. Source Link Shipping Co. Ltd.**
Docket Number: 07 Civ. 6230
Our Reference Number: 07-99-1700

Honorable Madam:

We are attorneys for the Plaintiff in the above-captioned matter and are writing to advise Your Honor of the status of this action.

On July 10, 2007 an Ex Parte Order pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure was issued permitting restraint of the Defendant's property in the hands of garnishee banks located within the Southern District of New York. On November 2, 2007, the Ex Parte Order was amended to seek the amount of $6,437,481.09. The Defendant has not appeared. Moreover, despite daily service of the Writ of Attachment on the garnishee banks, no assets have been restrained.

As Plaintiff has only been serving the Amended Writ and Order for three months, Plaintiff respectfully requests an additional 120 days to serve the attachment.

**SO ORDERED**

*Deborah A. Batts*      1/29/2008
**DEBORAH A. BATTS**
**UNITED STATES DISTRICT JUDGE**

*Granted*
*DAB*
*1/29/2008*

MEMO ENDORSED

MEMO ENDORSED

We appreciate Your Honor's indulgence in this matter.

Respectfully submitted,

Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES
11 West 42nd Street, Suite 900
New York, NY 10036
ldavies@tisdale-law.com
ttisdale@tisdale-law.com

dk
Enclosure

MEMO ENDORSED

2

